UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

THE INDEPENDENCE PROJECT, INC.
A New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　CASE NO. 3:15-cv-07263-MLC-TJB

F.R. PARK RACING, L.P.,
a New Jersey Limited Partnership,

    Defendant.
_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| **/s/Robert J. Donaher** | **/s/Amy M. Kirkpatrick** |
| Robert J. Donaher, Esq. (RD8238) | Andrew J. Kramer, Esq. |
| Walder, Hayden, P.A. | Amy M. Kirkpatrick, Esq. |
| 5 Becker Farm Road | Kane, Pugh, Knoell, Troy & Kramer, LLP |
| Roseland, NJ 07066-1727 | 510 Swede Street |
| Telephone: (973) 992-5300 | Norristown, PA |
| Facsimile: (973) 992-1505 | Telephone: (610) 275-2000 |
| rjdonaher@walderhayden.com | Facsimile: (610) 275-2018 |
| and | akramer@kanepugh.com |
| John P. Fuller, Esq., *pro hac vice* | akirkpatrick@kanepugh.com |
| Fuller, Fuller & Associates, P.A. | *Attorneys for Defendant* |
| 12000 Biscayne Boulevard, Suite 502 | |
| North Miami, FL 33181 | |
| Telephone: (305) 891-5199 | |
| Facsimile: (305) 893-9505 | |
| jpf@fullerfuller.com | |
| *Attorneys for Plaintiff* | |

Date: **December 28, 2015**　　　　　　　　Date: **December 28, 2015**